**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ALAN PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 2:17-cv-01580 |
| | ) | |
| v. | ) | Judge: Susie Morgan |
| | ) | |
| MIDLAND CREDIT | ) | Magistrate Judge: Janis van Meerveld |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Alan Pearson, ("Plaintiff"), through his attorney, Scott, Vicknair, Hair & Checki, LLC, informs this Honorable Court that Plaintiff voluntarily dismisses this case, with prejudice, and with both sides to bear their own costs. Dismissal is appropriate pursuant to Fed. R. Civ. P. 41 because defendant never filed responsive pleadings or a motion for summary judgment.

Dated: May 9, 2017 Respectfully submitted,

*/s/ Samuel J. Ford*

Samuel J. Ford, Esq. (#36081)
Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@svhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On May 9, 2017, I electronically filed this Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I electronically mailed a copy of the filed Notice of Voluntary Dismissal to Defendant through its representatives, Matthew McDade (mmcdade@balch.com) and Jonathan Dyal (jdyal@balch.com).

*/s/ Samuel J. Ford*
Samuel J. Ford, Esq. (#36081)